IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ALFWEAR, INC.,** | **MEMORANDUM DECISION AND ORDER** |
| **Plaintiff,** | |
| **v.** | **Case No. 2:19-cv-00027-CW-JCB** |
| **KULKOTE, LLC,** | **District Judge Clark Waddoups** |
| **Defendant.** | **Magistrate Judge Jared C. Bennett** |

This case was referred to Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Due to Judge Warner's retirement, this case is now referred to Magistrate Judge Jared C. Bennett.[2] Before the court is Defendants' Motion for Leave to File Counterclaims.[3] The motion has not been opposed and the time for doing so has passed. Based on a review of the proposed counterclaims and the lack of opposition to the motion, the court **GRANTS** the motion. Defendants are directed to file the counterclaims as soon as practicable.

**IT IS SO ORDERED.**

DATED this 19th day of August 2020.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 68.
[2] ECF No. 89.
[3] ECF No. 73.